# EXHIBIT A

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                    Location : All Courts   Help

# REGISTER OF ACTIONS
### CASE NO. 2017DCV3025

| | | |
|---|---|---|
| Marminco III Family L.P. VS Arch Specialty Insurance Company and Robert Betts | § § § § § | Case Type: Deceptive Trade Practices<br>Date Filed: 08/31/2017<br>Location: County Court at Law 6 |

## PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Defendant | Arch Specialty Insurance Company | |
| Defendant | Betts, Robert | |
| Plaintiff | Marminco III Family L.P. | William Nelson Allan, IV<br>*Retained*<br>210-305-4220(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event | | | |
|---|---|---|---|---|
| 08/31/2017 | Original Petition (OCA)   Doc ID# 1 | | | |
| 08/31/2017 | E-File Event Original Filing | | | |
| 09/01/2017 | Case Information Sheet   Doc ID# 2 | | | |
| 09/06/2017 | Citation | | | |
| | Arch Specialty Insurance Company | Served | 09/11/2017 | |
| | Betts, Robert | Served | 09/13/2017 | |
| 09/12/2017 | Amended Petition   Doc ID# 3 | | | |
| 09/13/2017 | Citation | | | |
| | Arch Specialty Insurance Company | Served | 09/20/2017 | |
| | | Response Received | 10/02/2017 | |
| | | Returned | 09/25/2017 | |
| | Betts, Robert | Served | 09/19/2017 | |
| | | Response Received | 10/02/2017 | |
| | | Returned | 09/19/2017 | |
| 09/19/2017 | Return Receipt   Doc ID# 4 | | | |
| 09/29/2017 | Answer   Doc ID# 5 | | | |
| 10/02/2017 | Answer   Doc ID# 6 | | | |
| 10/02/2017 | Answer   Doc ID# 7 | | | |